WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 JUN 06 16:57USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


**JENNIFER DAVIDSON**,                                  CV # 05-744-HA

     Plaintiff,

vs.                                                     ORDER

**COMMISSIONER of Social Security**,

     Defendant.

_____

     Attorney fees in the amount of $6,650.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address, above.


     DATED this __6__ day of __June_____, 2006.

                                 United States District Judge

Submitted on June 5, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff


ORDER - Page 1